UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00431-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. RIGOVERTO VALLE-SIERRA,
    a/k/a "Jorge,"
2. JOSE ALFREDO SANCHEZ-GUSMAN,
    a/k/a Jose Alfredo Guzman,
    a/k/a "Macaco,"
3. BOGAR GONZALEZ-ITUARET,
    a/k/a Bogar Gonzalez-Ituarte,
    a/k/a "Hugo,"
    a/k/a Pedro Torres,
4. MARTIN GOMEZ-BERRERA,
    a/k/a Martin Gomez-Barrera,
    a/k/a "Huevo,"
    a/k/a "Huevito,"
    a/k/a Mario Alberto Osuna-Cuen,
5. FERNANDO VALENZUELA-SOTO,
    a/k/a Roberto Martinez-Beltran,
    a/k/a Mario Alberto Ozuna,
    a/k/a Mario Alberto,
    a/k/a "Jaime,"
    a/k/a Jose A. Zasueta,
    a/k/a Juan Al Parra,
    a/k/a Jaime Martinez-Beltran,
    a/k/a "Juan,"
    a/k/a 'Cameleon,"
    a/k/a "Sinola,"
6. HECTOR JESUS ZAMUDIO-TOLOZA,
    a/k/a Hector Jesus Zamudio-Tolosa,
    a/k/a "Tecate,"
7. JOSE QUINTANA,
    a/k/a "Chapo,"
    a/k/a "Chepo,"
    a/k/a 'Chepaneco,"

8. MICHAEL JAMES OVALLE,
   a/k/a Martin Ybarra-Mendoza,
9. ISMAEL GARCIA,
10. ELIZABETH MARCHAND,
    a/k/a Elizabeth Rodriguez,
11. MONICA ESTRADA,
    a/k/a Beatriz Delgado-Rodriguez,
12. **AGUSTIN MAGANA-BERMEO,**
13. LARRY JOE HERNANDEZ,
14. OMAR VALLE-SIERRA,
    a/k/a Omar Valle,
15. DEBBIE LEE MADRID,
    a/k/a Debbie Madrid,
16. LETICIA MOCTEZUMA,
    a/k/a "Lety,"
17. CHRISTINA FERNANDEZ-MOLINA,
    a/k/a 'Guera,"
18. ROBERT JOSE CERVANTES JR.,
19. ENEAS CAMACHO-DOMINGUEZ,
20. VINCE BENAVIDEZ, and
21. LUIS LUNA,
    a/k/a "Juan,"

    Defendants.

## ORDER SETTING HEARING

**THIS MATTER** comes before the Court pursuant to Defendant Magana-Bermeo's Motion to Suppress Evidence Seized at Traffic Stop **(# 368)** and Motion to Dismiss Count Six **(# 369)**.

The Court will conduct a 2-hour evidentiary hearing on Defendant Magana-Bermeo's Motion to Suppress at **1:30 p.m.** on **Thursday, August 30, 2007**. The Court will hear oral argument on Defendant Magana-Bermeo's Motion to Dismiss at that same hearing.

Dated this 20th day of June, 2007

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge