**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: October 23, 2007 |
| Court Reporter: Paul Zuckerman | |
| Interpreter: Catherine Bahr | |
| Vickie Santamaria | |

Criminal Action No. 06-cr-00431-MSK

| *Parties*: | *Counsel Appearing*: |
|---|---|
| UNITED STATES OF AMERICA, | Mark Barrett |
| Plaintiff, | |
| v. | |
| 12. AGUSTIN MAGANA-BERMEO, | Richard Stuckey |
| Defendants. | |

## COURTROOM MINUTES

HEARING:   Motion to Suppress (#368) - Evidence seized at traffic stop

**8:45 a.m.     Court in session**

Defendant present in custody.

Interpreters sworn.

Defense counsel states the evidence defendant requests to be suppressed.

**Witness sworn  for the Government :Officer Ron Bolon :
8:48 a.m.**     Direct Examination by Mr. Barrett.

Cross examination of witness Officer Ron Bolon by Mr. Stuckey.

No redirect examination.

The Government rests.

Defendant calls no witnesses.

Argument by Mr. Stuckey for defendant.

Argument by Mr. Barrett for the Government.

Defendant's Motion to Dismiss (**Doc. #369)** is withdrawn.

**ORDER:**     Government's motion to Permit Untimely Filing **(Doc. #556)** is **DENIED** as moot.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**9:52 a.m.**     **Court in recess**
**10:45 a.m.**     **Court in session.**

**ORDER:**     Defendant's Motion to Suppress **(Doc. #368)** is **GRANTED.**

**ORDER:**     Defendant is remanded to the care and custody of the United States Marshal Service

**11:13 a.m.**     **Court in recess.**

**Total Time:**     1 hour 35 minutes.
**Trial concluded.**